**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ADRIAN GUTIERREZ, *et al.* | : | Case No. 3:22-cv-325 |
| Plaintiffs, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| LEON & ESPINOZA, INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

November 6, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator