**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ADRIAN GUTIERREZ**, *et al.*, | : | Case No. 3:22-cv-00325 |
| Plaintiffs, | : | Rose, J. |
| v. | : | |
| **LEON & ESPINOZA, INC.**, *et al.*, | : | Order |
| Defendants. | : | |

This matter comes before the Court upon the parties' Joint Motion to Approve Wage and Hour Settlement Agreement. Having considered the parties' joint motion and being otherwise sufficiently advised, the Court hereby APPROVES the parties' Settlement and Release Agreement pertaining Plaintiffs' claims arising under Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"). The Court shall retain jurisdiction over this case for the purposes of administering the settlement.

**IT IS SO ORDERED.**

March 15, 2024

s/ Thomas M. Rose
_____
Judge Rose